JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Residence Mutual Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Travelers Indemnity Company of Connecticut and Does 1-10,<br><br>　　　　　Defendants. | CV 13-09141-RSWL (AGRx)<br><br>**JUDGMENT** |

　　The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff Residence Mutual Insurance Company and against Defendant

1  Travelers Indemnity Company of Connecticut.  The Court
2  **ORDERS** that Defendant must participate in the defense
3  and indemnity of Susan Chu with respect to the
4  Underlying Action.  The Court further **ORDERS** that
5  Defendant must reimburse Plaintiff one half of the
6  amount that Plaintiff has expended to defend and
7  indemnify Ms. Chu in the Underlying Action.  Because
8  Defendant has already contributed its correct equitable
9  share towards the settlement of the Underlying Action
10 ($100,000), Defendant is **ORDERED** to reimburse Plaintiff
11 $5,750 - one half of the $11,500 defense costs
12 Plaintiff incurred in the Underlying Action.  As no
13 other defendants remain, this Action is dismissed in
14 its entirety.

18 **IT IS SO ORDERED.**
19 DATED: June 13, 2014

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge